

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20cr29(VAB)(RAR) |
| v. | VIOLATIONS: |
| NIKOS CHELIOUDAKIS, a.k.a. "Nico" | 18 U.S.C. §§ 922(k) and 924(a)(1)(B) (Possession of a Firearm with Obliterated Serial Number) |
| | 18 U.S.C. §§ 922(g)(3) and 924(a)(2) (Possession of a Firearm by a Prohibited Person) |
| | 18 U.S.C. §§ 922(d)(3) and 924(a)(2) (Sale or Transfer of a Firearm to a Prohibited Person) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of a Firearm with Obliterated Serial Number)

1. In or about August 2019, in the District of Connecticut, the defendant NIKOS CHELIOUDAKIS, a.k.a. "Nico," knowingly possessed, and aided and abetted the possession of, a firearm, that is a Walther Model P22 .22 caliber firearm, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered and obliterated.

In violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B) and 2.

## COUNT TWO
(Possession of a Firearm by a Prohibited Person)

2. In or about August 2019, in the District of Connecticut, the defendant NIKOS CHELIOUDAKIS, a.k.a. "Nico," knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, that is a Walther Model P22 .22 caliber firearm, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT THREE
(Sale or Transfer of a Firearm to a Prohibited Person)

3. In or about August 2019, in the District of Connecticut, the defendant NIKOS CHELIOUDAKIS, a.k.a. "Nico," knowingly sold a firearm, that is a Walther Model P22 .22 caliber firearm, to D.R., an individual known to the Grand Jury, knowing and having reasonable cause to believe that D.R. was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802.

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## FORFEITURE ALLEGATION
(Possession of Firearm with Obliterated Serial Number /
Possession of Firearm by Prohibited Person)

4. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant NIKOS CHELIOUDAKIS, a.k.a. "Nico," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), any right or title to all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Walther Model P22, .22-caliber handgun, with an obliterated serial number, which

was seized from the vicinity of D.R. on or about September 4, 2019.

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Sale or Transfer of a Firearm to a Prohibited Person)

5. Upon conviction of a willful violation of the offense alleged in Count Three of this Indictment, the defendant NIKOS CHELIOUDAKIS, a.k.a. "Nico," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), any right or title to all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Walther Model P22, .22-caliber handgun, with an obliterated serial number, which was seized from the vicinity of D.R. on or about September 4, 2019.

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/ _____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
ELENA L. CORONADO
ASSISTANT UNITED STATES ATTORNEY